IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHN BOYD GIBSON, III                                                                PLAINTIFF

v.                             Civil No. 5:22-cv-05024

OFFICER MEGAN RUTLEDGE,
Benton County Detention Center (BCDC);
OFFICER WYATT BANTA, BCDC;
CHAPLAIN DIXON, BCDC; and
OFFICER JO TUCKER, BCDC                                                          DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3), the Honorable P.K. Holmes, III, United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation. The case is before the Court on the Plaintiff's failure to obey an Order of the Court.

### I. DISCUSSION

Plaintiff, John Boyd Gibson, III, filed this action pursuant to 42 U.S.C. §1983. He proceeds *pro se* and *in forma pauperis* ("IFP"). Plaintiff was incarcerated in the Benton County Detention Center when he filed his Complaint (ECF No. 1).

When he filed this case, Plaintiff was specifically advised (ECF No. 3) that he was required to immediately inform the Court of any change of address. If Plaintiff was transferred or released, Plaintiff was told he must advise the Court of any change in his address by no later than thirty (30) days from the time of his transfer to another facility or his release. Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires *pro se* parties to "promptly notify the Clerk and other parties to the proceedings of any change in his or

her address, to monitor the progress of the case, and to prosecute or defend the action diligently."

On April 26, 2022, an Order (ECF No. 15) was entered directing the Plaintiff to provide the Court with service information regarding the Defendant identified as Jo Tucker. On May 2, 2022, mail was returned to the Court (ECF No. 18) as undeliverable with the notation that Plaintiff was no longer in the BCDC. Plaintiff had thirty days to advise the Court of his new address. The new address was to be provided to the Court by June 1, 2022. On May 9, 2022, mail was again returned to the Court as undeliverable (ECF No. 19). The returned mail included the April 26th Order.

To date, Plaintiff has not provided a new address or contacted the Court in anyway. In fact, the last thing filed by the Plaintiff in this case was his March 9th amended application to proceed IFP (ECF No. 5). When the amended application to proceed IFP was granted (ECF No. 6), Plaintiff was again advised of his obligation to keep the Court informed of his new address. He has not done so.

## II.  CONCLUSION

For this reason, it is recommended that **this case be DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**The parties have fourteen days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact.**

DATED this 9th day of June 2022.

/s/ *Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE