IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHN BOYD GIBSON, III                                                             PLAINTIFF

    v.                              CASE NO. 5:22-CV-5024

OFFICER MEGAN RUTLEDGE,
Benton County Detention Center (BCDC);
OFFICER WYATT BANTA, BCDC;
CHAPLAIN DIXON, BCDC; and
OFFICER JO TUCKER, BCDC                                                     DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 20) from United States Magistrate Judge Christy Comstock. No objections have been filed and the deadline to file objections has passed.  The Magistrate recommends that the Court dismiss this action without prejudice for failure to comply with Rule 41(b) of the Federal Rules of Civil Procedure and the Local Rules for the Eastern and Western Districts of Arkansas.  The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this June 28, 2022.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE